

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES A. CLAVERIE, IV and YVETTE CLAVERIE    Plaintiffs | * * | CIVIL ACTION: NO: 00-0432 |
| v. | * | SECTION: "B" (2) |
| UNITED STATES OF AMERICA    Defendants. | * * | |

\* \* \*

### FIRST MOTION FOR EXTENSION OF TIME
### IN WHICH TO ANSWER, OBJECT OR OTHERWISE PLEAD

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for a twenty (20) day extension of time in which to file responsive pleadings to plaintiff's complaint in the above-captioned case  This extension is necessary because counsel for the United States needs additional time in which to prepare responsive pleadings.

DATE OF ENTRY
MAY 3 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

Plaintiff has filed no objections into the record regarding the filing of this continuance.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
**RUTH MORRIS FORCE (5683)**
**Assistant United States Attorney**
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 589-3561

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel to all parties of this matter by placing same in the United States Mail, first class postage prepaid and properly affixed, this 1 day of May, 2000

_____
**Assistant U.S. Attorney**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES A. CLAVERIE, IV** and **YVETTE CLAVERIE** Plaintiffs | * * | **CIVIL ACTION:** **NO: 00-0432** |
| v. | * | **SECTION: "B" (2)** |
| **UNITED STATES OF AMERICA** Defendants. | * * | |

\* \* \*

### O R D E R

Considering the foregoing First Motion for Extension of Time in Which to Answer, Object or Otherwise Plead filed by the United States of America, it is:

**HEREBY ORDERED BY THIS COURT** that the United States of America is hereby granted a twenty (20) day extension of time, up to and including May 19, 2000, in which to file responsive pleadings to plaintiff's complaint in the above-captioned case.

New Orleans, Louisiana, this 2nd day of May, 2000.

_____
**UNITED STATES DISTRICT JUDGE**