



**MINUTE ENTRY**
**LEMELLE, J.**
**6 JULY 2000**

00-432

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

There **WILL** be oral argument on **JULY 12, 2000** at **9:00 A.M.** in the following cases:

97-302      USA v. Washington (Criminal Action)
            -Motion for New Trial (165)

97-0138     **Midstream**
            -Midstream's motion to review & reverse (215)

98-0699     **Copeland v. Wasserstein, et al**
            -Ward's motion to suspend trial schedule (No Doc. #)

99-1255     **Hobdy v. Slidell**
            -McManus's motion for summary judgment (24)
            -Defendants' motion in Limine (No Doc. #)


There will **NOT** be oral argument on **JULY 12, 2000** in the following cases:

98-0057     **Marquart v. Intelnet, et al**
            -Motion pursuant to Rule 12(e) (326)

98-0378     **Structured Dev. v. United Consumers**
            -Plaintiff's motion to strike counterclaims (138)

DATE OF ENTRY
JUL 1 0 2000

| | |
|---|---|
| 98-1707 | **Stoulig v. Hammond Airport**<br>-Plaintiff's motion for attorney's fees & cost (46)<br>-Plaintiff's motion for instatement (47) |
| 98-3118 | **Flanders, et al v. Tidewater**<br>-Flanders' motion for rehearing to reverse (45) |
| 98-3165 | **Reimann v. Noble Drilling Corp.**<br>-Plaintiff's motion in limine to exclude evidence (103) |
| 99-0311 | **Clay v. British**<br>-Defendant's motion in limine regarding the exclusion fo testimony by plaintiff's proposed experts (35) |
| 99-0803 | **Rodriquez v. Modu Transocean**<br>-Delta's motion in limine to exclude (45) |
| 99-2021 | **Gowan v. Treasure Chest**<br>-Plaintiff's motion for partial summary judgment (15) |
| 99-2823 | **Albert v. Jenny Craig, et al**<br>-Miller's motion to dismiss (19) |
| 99-2670 | **Norris v. Progressive**<br>-Plaintiff's motion to dismiss (19)<br>-Defendant's motion for summary judgment (20) |
| 99-3337 | **LA ACORN v. Sere**<br>-Sere's motion for summary judgment (11) |
| 99-3526 | **Hill v. Hudson Salvage**<br>-Defendant's motion for summary judgment (12) |
| 99-3623 | **Texaco, et al v. AmClyde**<br>-Marathon's motion for certification (126)<br>-Certain's motion to dismiss Denton's (96) |
| 99-3690 | **Lopes, et al v. Wally's Natural**<br>-Sheppard's motion for summary judgment (17) |
| 00-0141 | **Hargrove v. Louisiana-I Gaming**<br>-Plaintiff's motion to strike the jury (11) |

00-0254    **USA v. Vizinat**
           -Plaintiff's motion for summary judgment (6)

00-0387    **Murungi v. Pudhorosky**
           -Murungi's motion to transfer venue (12)

(00-0432)  **Claverie, et al v. USA**
           -Defendant's motion to dismiss (3)

00-1376    **Lyons, et al v. Union Pac**
           -Bouphasiry, et al's motion to remand (8)

_____
UNITED STATES DISTRICT JUDGE