

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 25  AM 11: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**CHARLES A. CLAVERIE, ET AL.**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**NO. 00-432**

**UNITED STATES OF AMERICA**　　　　　　　　　　**SEC. "B"(2)**

## FINAL JUDGMENT

The Court granted Defendant United States of America's Motion to Dismiss on September 15, 2000 after finding that dismissal was appropriate. (Rec. Doc. No. 10) Entry of a final judgment regarding the dismissal of the defendants from this litigation is proper because the September order dismissed all claims against the defendant. Accordingly, for the reasons provided in this Court's September 15, 2000 opinion,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in **FAVOR** of Defendant United States of America and **AGAINST** Charles A. Claverie and Yvette Claverie regarding their claims against the defendant.

New Orleans, Louisiana, this _25th_ day of September, 2000.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　IVAN L.R. LEMELLE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 5 2000

___Fee_____
___Process____
X_Dktd_____
___CtRmDep____
___Doc.No.____