IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-31381

C.A 00-432 B

CHARLES A CLAVERIE, IV; YVETTE CLAVERIE

Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

Defendant - Appellee

------------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
------------------------

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of

January 22, 2001, for want of prosecution. The appellants failed to

timely file the brief and record excerpts.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Claudia Farrington

Claudia Farrington, Deputy Clerk

FOR THE COURT - BY DIRECTION

DIS-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 26 2001

LORETTA G. WHYTE
CLERK

U. S. COURT OF APPEALS
FILED

JAN 22 2001

CHARLES R. FULBRUGE III
CLERK

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By Farrington
Deputy    1/22/01

New Orleans, Louisiana

Fee
Process
X  Dktd
CtRmDep
Doc.No.  10